*E-Filed 8/9/10*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Gee, Roxanne Mazarakis, and Jody Soto, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage, Inc. and DOES 1-50, Inclusive,<br><br>Defendants. | Civil Case No. 3:10-CV-01509-RS<br><br>Hon. Richard Seeborg<br><br>~~(PROPOSED)~~ **ORDER RE JOINT STIPULATION TO CONTINUE THE AUGUST 12, 2010 CASE MANAGEMENT CONFERENCE**<br><br>**CLASS ACTION** |

        Having read and considered the Parties' Stipulation to Continue the August 12, 2010 Case Management Conference and good cause appearing therefore, IT IS HEREBY ORDERED AS FOLLOWS:

        1.    The Case Management Conference is continued from August 12, 2010 to August 26, 2010;

        2.    The parties shall file a Joint Case Management Conference Statement no later than August 19, 2010, seven calendar days prior to the conference pursuant to Civil Local Rule 16-9(a).

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/9/10

Hon. Richard Seeborg
United States District Court

2

(PROPOSED) ORDER RE JOINT STIPULATION TO CONTINUE THE AUGUST 12, 2010 CASE MANAGEMENT CONFERENCE
LEGAL02/31981424v1