Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Justin M. Swartz, NY State Bar No. 591849
jms@outtengolden.com
(admitted **pro hac vice**)
Rachel Bien, NY State Bar No. 4439402
rmb@outtengolden.com
(admitted **pro hac vice**)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

Attorneys for Plaintiffs and the Proposed Classes

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Gary Gee, Roxanne Mazarakis, and Jody Soto, individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage, Inc., and DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 3:10-CV-01509-RS**<br><br>**DECLARATION OF MATTHEW C. HELLAND IN SUPPORT OF PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION**<br><br>**Date:** December 23, 2010<br>**Time:** 1:30 p.m.<br>**Courtroom:** 17th Floor, Courtroom 3<br>**Judge:** Richard Seeborg |

**DECLARATION OF MATTHEW C. HELLAND**

1. My name is Matthew C. Helland. I am over eighteen and competent to testify to the matters set forth in this declaration. I am an attorney with the law firm of Nichols Kaster and I am counsel of record in this action. I make this declaration based on my own personal knowledge.

2. True and correct copies of relevant excerpts from deposition transcripts are attached as the following exhibits.

**Exhibit A:** Heather Rosenberg

**Exhibit B:** Lori Waterman

**Exhibit C:** Tom McMahon

**Exhibit D:** Anita Grant

With respect to these depositions, I state as follows:

   a. On October 13, 2010, I took the deposition of SunTrust Mortgage pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, through its corporate designee, Heather Rosenberg. Ms. Rosenberg testified under oath and her testimony was recorded by a certified court reporter.

   b. On October 14, 2010, I took the deposition of SunTrust Mortgage pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, through its corporate designee, Lori Waterman. Ms. Waterman testified under oath and her testimony was recorded by a certified court reporter.

   c. On October 14, 2010, I took the deposition of SunTrust Mortgage pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, through its corporate designee, Tom McMahon. Mr. McMahon testified under oath and his testimony was recorded by a certified court reporter.

   d. On October 15, 2010, I took the deposition of SunTrust Mortgage pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, through its corporate designee, Anita Grant. Ms. Grant testified under oath and her testimony was recorded by a certified court reporter.

|   |   |   |
|---|---|---|
| 1 | e. | There are additional 30(b)(6) topics for which Defendant has not yet produced a deponent. |
| 3 | 3. | True and correct copies of the documents are attached as exhibits as follows: |

**Exhibit E:**   Deposition Exhibit 7
**Exhibit F:**   Deposition Exhibit 8
**Exhibit G:**   Deposition Exhibit 9
**Exhibit H:**   Deposition Exhibit 10
**Exhibit I:**   Deposition Exhibit 13
**Exhibit J:**   Deposition Exhibit 17
**Exhibit K:**   Deposition Exhibit 27
**Exhibit L:**   Deposition Exhibit 29
**Exhibit M:**   Deposition Exhibit 30
**Exhibit N:**   Deposition Exhibit 32
**Exhibit O:**   Document bates labeled STM-003470-71
**Exhibit P:**   Plaintiffs' Proposed Notice and Consent Form
**Exhibit Q:**   Plaintiffs' Declarations

4. Each party has responded to an initial set of written discovery in this matter. Defendants have not noticed the depositions of any Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2010                             s/ Matthew Helland
                                                    Matthew C. Helland

-2-
**DECLARATION OF MATTHEW C. HELLAND**