# Exhibit A

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3     ---------------------------x

 4     GARY GEE, ROXANNE                )

 5     MAZARAKIS, and JODY SOTO,        )

 6     individually, on behalf         )

 7     of other similarly situated, )   Case No.

 8     and on behalf of the            )   3:10-CV-01509-RS

 9     general public,                  )

10            Plaintiffs,               )

11        vs.                           )

12     SUNTRUST MORTGAGE, INC.          )

13     and DOES 1-50, inclusive,       )

14            Defendants.               )

15     ---------------------------x

16

17              Deposition of SunTrust,

18        By and through its Corporate Designee,

19              HEATHER ROSENBERG

20              Richmond, Virginia

21           Wednesday, October 13, 2010

22                 8:54 a.m.

23

24     Pages: 1 - 100

25     Reported by: Paula G. Satkin, RPR
```

```
 1            A.    That is correct.
 2            Q.    All right.  Let's talk a little
 3   bit specifically now about SunTrust Mortgage,
 4   Inc. and I think you can set these exhibits
 5   aside.
 6                  What is SunTrust Mortgage, Inc. in
 7   the business of doing?
 8            A.    Of selling mortgage loans.
 9            Q.    Does SunTrust Mortgage, Inc. have
10   a Board of Directors?
11            A.    Yes.
12            Q.    Okay.  Who is on the Board of
13   Directors of SunTrust Mortgage, Inc.?
14            A.    I don't know.
15            Q.    Okay.  Can you take me through the
16   what I call the C Suite, the corporate
17   executives of SunTrust Mortgage, Inc.  Is there
18   a CEO?
19            A.    Yes.
20            Q.    Who is the current CEO?
21            A.    Sterling Edmonds, Junior.
22            Q.    Has he been the CEO since 2006?
23            A.    Yes.
24            Q.    Are there any other officer level
25   employees of SunTrust Mortgage, Inc.?
```

```
1    Mortgage who does those things for SunTrust

2    Mortgage?

3              A.    No.

4              Q.    Who handles that for SunTrust

5    Mortgage?

6              A.    SunTrust Bank.

7              Q.    Now, how about the capital markets

8    group?  Are there any mortgage underwriters in

9    the capital markets group?

10             A.    No.

11             Q.    There's reference in some of the

12   documents I've seen to credit administration

13   department.  Does that term sound familiar to

14   you?

15             A.    Yes.

16             Q.    Okay.  What does that mean to you,

17   credit administration department?

18             A.    That group is responsible for

19   setting credit policy.

20             Q.    Okay.  Where does the credit

21   administration group fit?

22             A.    That reports up through the

23   mortgage chief credit officer.

24             Q.    Okay.  And where does the mortgage

25   chief credit officer report?
```

1        A.    The head of risk management for
2   the consumer bank.
3        Q.    Okay.  All right.
4        A.    I think I referred to it earlier,
5   I'm sorry, as the chief risk officer.  It could
6   be referred to either way.
7        Q.    You said chief credit officer,
8   that's down on the bottom of my list.
9              That's a group that used to report
10  up through the CEO and now reports up through
11  SunTrust Bank, the consumer bank?
12       A.    Correct.
13       Q.    All right.  When you said that the
14  head of capital markets deals with loan design
15  and product offerings, what exactly did you mean
16  by that?
17       A.    When -- as an example, when Fannie
18  Mae and Freddie Mac put out guidelines that say
19  we are willing to purchase these types of loans,
20  the capital markets group designs what the
21  product itself will look like, what the profit
22  margins are, what the interest rate is, et
23  cetera.
24       Q.    Okay.  How about setting the risk
25  guidelines that the company is willing to accept

```
 1   for those type of loans?  Does that fall under
 2   capital markets?
 3            A.    No.   That would be under what you
 4   referred to as credit administration.
 5            Q.    Okay.  So capital markets is
 6   dealing with, I guess to say it another way,
 7   figuring out the margins for SunTrust Mortgage,
 8   how they're going to make money on a certain
 9   loan?
10            A.    Yes.
11            Q.    All right.  Does the capital
12   market group then handle like, for example,
13   budgeting for SunTrust Mortgage?
14            A.    No.
15            Q.    Okay.  Does SunTrust Mortgage keep
16   on a grand scale a kind of budget?
17            A.    Yes.
18            Q.    Who does that?
19            A.    The senior financial officer.
20            Q.    Okay.  And where does the senior
21   financial officer report up?
22            A.    Into SunTrust -- into the SunTrust
23   Bank senior financial officer.
24            Q.    All right.  Does SunTrust Mortgage
25   ever seek capital infusion separately from
```

```
 1              Q.    I put a double negative in that
 2     question.  I want to make sure it's clear for
 3     the record.
 4                    Are the individuals designing the
 5     credit policy mortgage underwriters?
 6              A.    No.
 7              Q.    Does SunTrust Mortgage have an
 8     information technology department?
 9              A.    SunTrust Mortgage?
10              Q.    Yes.
11              A.    No.
12              Q.    Is that done through SunTrust
13     Bank?
14              A.    Yes.
15              Q.    All right.  I'm going to go on to
16     servicing and operations, but before I do, we've
17     talked about two groups; credit officer and
18     servicing and operations that don't report up to
19     the SunTrust Mortgage CEO but that do have
20     SunTrust Mortgage employees, I believe,
21     underneath them.
22                    Are there any other groups like
23     that house SunTrust Mortgage employees but
24     report up, for example, to SunTrust Bank?
25              A.    Yes, one.
```

```
 1              Q.    So those are in the sales groups?
 2              A.    Yes.
 3              Q.    Okay.
 4              A.    I just thought of one more group
 5    that's in servicing and operations.  I forgot to
 6    mention the consumer direct group.  Those are
 7    individuals who take loan applications over the
 8    telephone.
 9              Q.    Are there underwriters that work
10    with those loans that come in?
11              A.    Yes.
12              Q.    Are those underwriters within the
13    fulfillment group?
14              A.    Yes.
15              Q.    Are they within the mortgage
16    underwriters group under the fulfillment group?
17              A.    Yes.
18              Q.    Are the mortgage underwriters
19    divided further by geography or type of mortgage
20    loan they underwrite or by any other method?
21              A.    Yes.
22              Q.    Okay.  How are they grouped?
23              A.    Retail, wholesale broker and
24    correspondent.
25              Q.    I've heard of that referred to as
```

```
 1    channel, is that how SunTrust refers to them?
 2            A.    Yes.
 3            Q.    So there's a retail channel, a
 4    wholesale broker channel, and a correspondent
 5    channel?
 6            A.    Yes.
 7                  MR. HELLAND:   I have a group of
 8    organizational charts here that I'm going to ask
 9    you to help me understand.
10                  (Rosenberg Exhibit Number 6 was
11    marked for identification.)
12    BY MR. HELLAND:
13            Q.    All right.  The court reporter has
14    handed you what has been marked as Exhibit 6.
15    For the record, it's Bates labeled STM 002152
16    through 2166.
17                  Do you recognize this document?
18            A.    No.
19            Q.    Okay.  It was -- I'll represent to
20    you it was produced to us by SunTrust Mortgage
21    in the course of discovery and it's a little bit
22    tough to read, but I would like to just
23    understand the organization and what's
24    represented here on the page.
25                  In the upper left-hand corner of
```

1    BY MR. HELLAND:

2         Q.    All right.  The court reporter has

3    handed you what has been marked as Exhibit 8.

4    These are grouped by year, by the way, for the

5    record, and that is Bates labeled STM 002108

6    through 2192, and I would like you to take a

7    look at the third page of this document, which

8    is STM 002182.  Are you there?

9         A.    Yes, I am.

10        Q.    Okay.  The date on the page is

11   reflected as July 15th, 2008.  Do you see that?

12        A.    Yes.

13        Q.    The bottom position here is

14   national underwriting manager.  Do you see that?

15        A.    Yes.

16        Q.    Okay.  And that's a change from

17   the previous page, 2181.  Would you agree?

18        A.    Yes.

19        Q.    Okay.  My question on 2182 is

20   whether this reflects the wholesale channel only

21   or wholesale and retail or wholesale, retail,

22   and correspondent, or what it reflects?

23        A.    Since this is the first time I've

24   seen this, I don't know.

25        Q.    When the underwriters were moved

```
 1   into the -- go ahead.
 2             A.    After looking at it, it appears to
 3   me that this is all of the channels.
 4             Q.    One thing I was going to suggest
 5   was looking at the cities that are reflected.
 6   Is that what gave you that clue?
 7             A.    Yes.
 8             Q.    So looking at the cities, you
 9   believe this reflects retail, wholesale, and
10   correspondent?
11             A.    Yes.
12             Q.    All right.  Again, by looking at
13   the cities, can you identify for me which ones
14   are which, retail, wholesale, and correspondent?
15   I'll be less specific to start.
16             There's a group on the left that
17   says, I guess at the middle level, Mid-Atlantic
18   Carolinas, Florida, and Central?
19             A.    Uh-huh.
20             Q.    There's a group on the right that
21   includes MaryAnn Sager and California.  Is the
22   split between the left and the right there, is
23   that regional or is that between retail and
24   wholesale or correspondent?
25             A.    That is between retail and
```

```
 1    to?

 2            A.      Mortgage chief credit officer.

 3                    (Rosenberg Exhibit Number 9 was

 4    marked for identification.)

 5    BY MR. HELLAND:

 6            Q.      The court reporter has handed you

 7    what has been marked Exhibit 9.  For the record,

 8    it is STM 002193 through 2198 and I believe this

 9    covers the calendar year 2009.

10                    On the first page of Exhibit 9, is

11    the split between wholesale and retail the same

12    or are the branches on the left side of the

13    chart and wholesale are the branches on the

14    right?

15            A.      Yes.

16            Q.      Now, if you go to the last page,

17    STM 2198, I do notice a change that the job

18    title in the bottom box is fulfillment

19    underwriting manager.  Do you see that?

20            A.      Yes.

21            Q.      Is that the change as to when the

22    underwriters started reporting up through

23    fulfillment rather than credit policy?

24            A.      Yes.  However, that change

25    actually happened in January of 2009.
```

```
1              Q.    Okay.  And so even though the word
2    fulfillment only appears in the December chart,
3    it actually was true throughout 2009 they were
4    reporting up through fulfillment?
5              A.    Yes.
6              Q.    I don't think I asked you this,
7    but tell me if I did.  Look through each page of
8    the exhibit and confirm the split between
9    wholesale and retail remain the same, retail on
10   the left and wholesale on the right?
11             A.    Yes.
12             Q.    Thank you.
13                  (Rosenberg Exhibit Number 10 was
14   marked for identification.)
15   BY MR. HELLAND:
16             Q.    The court reporter has handed you
17   what has been marked as Exhibit 10, which for
18   the record, is Bates labeled STM 002199 and
19   2200, which is 2010 through February 2010.  And
20   can you just confirm to me in this two page
21   exhibit that the split between retail and
22   wholesale is the same, retail is on the left and
23   wholesale is on the right?
24             A.    Yes.
25             Q.    Thank you.
```

```
 1    and productivity group.
 2             Q.    Do you know any others?
 3             A.    Crystal Pierson, she reports to
 4    Gary Mayo.
 5             Q.    Okay.  That's fair enough.  Thank
 6    you.
 7                   I would like to jump back to
 8    credit policy, credit administration for a
 9    second?
10                   Do they perform an auditing
11    function on underwriter performance or a quality
12    control function?
13             A.    Yes.
14             Q.    Okay.  And what is that function?
15             A.    I can answer in general, although
16    I've never viewed them performing that work.
17                   MR. PATTON:  I'm just going to
18    object to the scope and say I think their
19    particular job duties of that particular group
20    are beyond the scope of her 30(b)(6).
21                   MR. HELLAND:  I will ask it more
22    broadly.
23    BY MR. HELLAND:
24             Q.    What is the purpose of the quality
25    control function that is performed within the
```

```
 1   credit policy group?
 2        A.    It is my understanding it is to
 3   ensure that loans are underwritten within --
 4   within guidelines and underwritten correctly.
 5        Q.    Do you know approximately how many
 6   retail channel underwriters SunTrust has
 7   employed in the last three years?
 8        A.    I do not.
 9        Q.    How about on the wholesale side?
10             MR. PATTON:  I object to these
11   questions as being beyond the scope.
12             THE WITNESS:  I don't know the
13   answer to that question without running a
14   report.
15   BY MR. HELLAND:
16        Q.    All right.  I would like to talk
17   about meal and rest period policies.
18             MR. PATTON:  Can we take a break?
19   We've been going for a while.
20             (A brief recess was taken.)
21   BY MR. HELLAND:
22        Q.    All right.  Moving on to meal and
23   rest period practices.  Off the record I agreed
24   with your counsel that you will testify on
25   behalf of the company as to the meal and rest
```

```
 1              CERTIFICATE OF NOTARY PUBLIC
 2         I, Paula G. Satkin, the officer before whom
 3    the foregoing proceedings were taken, do hereby
 4    certify that the witness whose testimony appears
 5    in the foregoing proceeding was duly sworn by
 6    me; that the testimony of said witness was taken
 7    by me in stenotype and thereafter reduced to
 8    typewriting under my direction; that said
 9    proceedings is a true record of the testimony
10    given by said witness; that I am neither counsel
11    for, related to, nor employed by any of the
12    parties to the action in which these proceedings
13    were taken; and, further, that I am not a
14    relative or employee of any attorney or counsel
15    employed by the parties hereto, nor financially
16    or otherwise interested in the outcome of the
17    action.
18
19    My commission expires September 30, 2012.
20
21
22
23    _____
24    Notary Public in and for the
25    Commonwealth of Virginia
```