# Exhibit Q

```
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Justin M. Swartz, NY State Bar No. 591849
Jms@outtengolden.com
(admitted pro hac vice)
Rachel Bien, NY State Bar No. 4439402
rmb@outtengolden.com
(admitted pro hac vice)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
```

Attorneys for Plaintiffs and the Proposed Classes

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Gee, Roxanne Mazarakis, and Jody Soto, individually, on behalf of other similarly situated, and on behalf of the general public, <br><br> Plaintiffs, <br><br> vs. <br><br> SunTrust Mortgage, Inc., and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 3:10-CV-01509-RS <br><br> **DECLARATION OF GARY GEE** |

1. My name is Gary Gee. I am over the age of 18 and am competent to testify to the matters in this declaration. I make this declaration based on my own personal knowledge.

2. I was employed by SunTrust Mortgage as a mortgage underwriter from approximately September of 2005 to May of 2009. I worked out of SunTrust's Concord, California and Alameda, California offices. I also worked from home. I was paid a salary and did not receive overtime pay.

3. As a mortgage underwriter, my primary duty was to review mortgage loan applications to ensure that they conformed to various detailed policies and guidelines. It was not my job to determine which loan products SunTrust Mortgage offered. I was not involved in creating or changing the company's underwriting policies or guidelines for those products.

4. As a mortgage underwriter, I was evaluated in part based on my productivity. For example, SunTrust Mortgage required that I complete 5 to 7 files per day. I qualified for a bonus if I completed a certain number of files per month.

5. As a mortgage underwriter, I regularly worked over forty hours per week without overtime pay.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Oct 20, 2010

Gary Gee

1. My name is Gary Gee. I am over the age of 18 and am competent to testify to the matters in this declaration. I make this declaration based on my own personal knowledge.

2. I was employed by SunTrust Mortgage as a mortgage underwriter from approximately September of 2005 to May of 2009. I worked out of SunTrust's Concord, California and Alameda, California offices. I also worked from home. I was paid a salary and did not receive overtime pay.

3. As a mortgage underwriter, my primary duty was to review mortgage loan applications to ensure that they conformed to various detailed policies and guidelines. It was not my job to determine which loan products SunTrust Mortgage offered. I was not involved in creating or changing the company's underwriting policies or guidelines for those products.

4. As a mortgage underwriter, I was evaluated in part based on my productivity. For example, SunTrust Mortgage required that I complete 5 to 7 files per day. I qualified for a bonus if I completed a certain number of files per month.

5. As a mortgage underwriter, I regularly worked over forty hours per week without overtime pay.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Oct 20, 2010

Gary Gee

Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Justin M. Swartz, NY State Bar No. 591849
Jms@outtengolden.com
(admitted **pro hac vice**)
Rachel Bien, NY State Bar No. 4439402
rmb@outtengolden.com
(admitted **pro hac vice**)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

Attorneys for Plaintiffs and the Proposed Classes

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Gee, Roxanne Mazarakis, and Jody Soto, individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage, Inc., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:10-CV-01509-RS<br><br>**DECLARATION OF ROXANNE MAZARAKIS** |

**DECLARATION OF ROXANNE MAZARAKIS**

1.  My name is Roxanne Mazarakis. I am over the age of 18 and am competent to testify to the matters in this declaration. I make this declaration based on my own personal knowledge.

2.  I was employed by SunTrust Mortgage as a mortgage underwriter from approximately August 30th of 2007 to March of 2008. I worked out of SunTrust's Roseville, California office. I also worked from home. I was paid a salary and did not receive overtime pay.

3.  As a mortgage underwriter, my primary duty was to review mortgage loan applications to ensure that they conformed to various detailed policies and guidelines. It was not my job to determine which loan products SunTrust Mortgage offered. I was not involved in creating or changing the company's underwriting policies or guidelines for those products.

4.  As a mortgage underwriter, I was evaluated in part based on my productivity. For example, SunTrust Mortgage required that I complete a minimum of 4 files per day. I qualified for a bonus if I completed a certain number of files per month.

5.  As a mortgage underwriter, I regularly worked over forty hours per week without overtime pay.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/19/10

_Roxanne Mazarakis_
Roxanne Mazarakis

```
 1  Matthew C. Helland, CA State Bar No. 250451
    Helland@nka.com
 2  NICHOLS KASTER, LLP
    One Embarcadero Center, Suite 720
 3  San Francisco, CA 94111
    Telephone: (415) 277-7235
 4  Facsimile: (415) 277-7238

 5
    Justin M. Swartz, NY State Bar No. 591849
 6  Jms@outtengolden.com
    (admitted pro hac vice)
 7  Rachel Bien, NY State Bar No. 4439402
    rmb@outtengolden.com
 8  (admitted pro hac vice)
    OUTTEN & GOLDEN LLP
 9  3 Park Avenue, 29th Floor
10  New York, New York 10016
    Telephone: (212) 245-1000
11
    Attorneys for Plaintiffs and the Proposed Classes
12
```

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Gee, Roxanne Mazarakis, and Jody Soto, individually, on behalf of other similarly situated, and on behalf of the general public, | Case No. 3:10-CV-01509-RS |
| Plaintiffs, | DECLARATION OF PHYLLIS LEWIS |
| vs. | |
| SunTrust Mortgage, Inc., and DOES 1-50, inclusive, | |
| Defendants. | |

1.  My name is Phyllis Lewis. I am over the age of 18 and am competent to testify to the matters in this declaration. I make this declaration based on my own personal knowledge.

2.  I was employed by SunTrust Mortgage as a mortgage underwriter from approximately September of 2007 to September of 2008. I worked out of SunTrust's Laguna Hills, California office. I was paid a salary and did not receive overtime pay.

3.  As a mortgage underwriter, my primary duty was to review mortgage loan applications to ensure that they conformed to various detailed policies and guidelines. It was not my job to determine which loan products SunTrust Mortgage offered. I was not involved in creating or changing the company's underwriting policies or guidelines for those products.

4.  As a mortgage underwriter, I was evaluated in part based on my productivity. For example, SunTrust Mortgage required that I complete 4 to 5 files per day. I qualified for a bonus if I completed a certain number of files per month.

5.  As a mortgage underwriter, I regularly worked over forty hours per week without overtime pay.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10·20·10

_____
Phyllis Lewis

-2-
DECLARATION OF PHYLLIS LEWIS

```
Matthew C. Helland, CA State Bar No. 250451
Helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Justin M. Swartz, NY State Bar No. 591849
Jms@outtengolden.com
(admitted pro hac vice)
Rachel Bien, NY State Bar No. 4439402
rmb@outtengolden.com
(admitted pro hac vice)
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
```

Attorneys for Plaintiffs and the Proposed Classes

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Gee, Roxanne Mazarakis, and Jody Soto, individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage, Inc., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:10-CV-01509-RS<br><br>**DECLARATION OF WENDY CORBIN** |

1. My name is Wendy Corbin. I am over the age of 18 and am competent to testify to the matters in this declaration. I make this declaration based on my own personal knowledge.

2. I was employed by SunTrust Mortgage as a mortgage underwriter from approximately April of 2009 to currently. I work out of SunTrust's Richmond, Virginia office in its correspondent department. I was paid a salary and did not receive overtime pay.

3. As a mortgage underwriter, my primary duty was to review mortgage loan applications to ensure that they conformed to various detailed policies and guidelines. It was not my job to determine which loan products SunTrust Mortgage offered. I was not involved in creating or changing the company's underwriting policies or guidelines for those products.

4. As a mortgage underwriter, I was evaluated in part based on my productivity. For example, SunTrust Mortgage required that I complete 4 files per day. I qualified for a bonus if I completed a certain number of files per month.

5. As a mortgage underwriter, I regularly worked over forty hours per week without overtime pay.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/27/10

Wendy Corbin

-2-

DECLARATION OF WENDY CORBIN

```
 1  Matthew C. Helland, CA State Bar No. 250451
    Helland@nka.com
 2  NICHOLS KASTER, LLP
    One Embarcadero Center, Suite 720
 3  San Francisco, CA 94111
    Telephone: (415) 277-7235
 4  Facsimile: (415) 277-7238

 5
    Justin M. Swartz, NY State Bar No. 591849
 6  Jms@outtengolden.com
    (admitted pro hac vice)
 7  Rachel Bien, NY State Bar No. 4439402
    rmb@outtengolden.com
 8  (admitted pro hac vice)
    OUTTEN & GOLDEN LLP
 9  3 Park Avenue, 29th Floor
10  New York, New York 10016
    Telephone: (212) 245-1000
11
12  Attorneys for Plaintiffs and the Proposed Classes
```

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Gee, Roxanne Mazarakis, and Jody Soto, individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage, Inc., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:10-CV-01509-RS<br><br>DECLARATION OF DAWN DILLARD |

1.     My name is Dawn Dillard. I am over the age of 18 and am competent to testify to the matters in this declaration. I make this declaration based on my own personal knowledge.

2.     I have been employed by SunTrust Mortgage as a mortgage underwriter since approximately November of 2009. I worked out of SunTrust's Atlanta, Georgia and Richmond, Virginia offices. I was paid a salary and did not receive overtime pay.

3.     As a mortgage underwriter, my primary duty is to review mortgage loan applications to ensure that they conform to various detailed policies and guidelines. It is not my job to determine which loan products SunTrust Mortgage offered. I am not involved in creating or changing the company's underwriting policies or guidelines for those products.

4.     As a mortgage underwriter, I am evaluated in part based on my productivity. For example, SunTrust Mortgage requires that I complete 4 files per day. I qualify for a bonus if I completed a certain number of files per month.

5.     As a mortgage underwriter, I regularly worked over forty hours per week without overtime pay.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/28/2010

Dawn Dillard