# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Gee, Roxanne Mazarakis, and Jody Soto, individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage, Inc., and DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 3:10-CV-01509-RS**<br><br>[proposed] **ORDER** |

This matter came before the Court on the parties' Joint Stipulation To Continue Deadline To File Joint Supplemental Case Management Statement and Supplemental Proposed Case Management Order. Good cause being shown therefore, it is hereby ORDERED, that:

1) The deadline for the parties to file a Joint Supplemental Case Management Statement and Proposed Supplemental Case Management Order, as outlined in Paragraph 1 of the Court's April 15, 2011 Supplemental Case Management Order, shall be continued from July 15, 2011 to July 29, 2011.

2) The parties' Supplemental Case Management Statement and Proposed Supplemental Case Management Order shall not alter the dates or deadlines set by the April 15, 2011 Supplemental Case Management Order.

IT IS SO ORDERED.

Dated: 7/15/11

Hon. Richard Seeborg
United States District Court

-2-
[proposed] ORDER