*E-Filed 8/24/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GARY GEE, ROXANNE MAZARAKIS,
and JODY SOTO, individually, on behalf of
others similarly situated, and on behalf of
the general public,

        Plaintiff,

  v.

SUNTRUST MORTGAGE, INC., and
DOES 1-50, inclusive,

        Defendants.

_____/

No. C 10-1509 RS

**ORDER DENYING DEFENDANT'S
MOTION TO SHORTEN TIME AND
CONSOLIDATING HEARINGS ON
MOTION FOR SUMMARY
JUDGMENT AND MOTION TO DENY
SUMMARY JUDGMENT**

On August 11, 2011, plaintiffs Gary Gee, Roxanne Mazarakis, and Jody Soto filed a motion for partial summary judgment against defendant SunTrust Mortgage, Inc.  In response, SunTrust separately noticed a motion requesting that the Court either defer consideration or deny plaintiffs' motion pursuant to Federal Rule of Civil Procedure 56(d)(1).  SunTrust also filed a motion under Civil Local Rule 6-3 to enlarge the time for it to file its response to plaintiffs' motion for summary judgment until after the Court ruled on its later filed motion.  SunTrust's request to enlarge time is denied.  Instead, the Court shall consolidate the hearings on plaintiffs' motion for partial summary judgment and SunTrust's request to defer or deny it.

1  Accordingly, the Court amends the schedule on plaintiffs' motion for partial summary

2  judgment as follows.  If SunTrust wishes to supplement its opposition to plaintiffs' motion for

3  partial summary judgment to address grounds other than those set forth in its Rule 56(d) motion, it

4  must file any supplemental brief by September 1, 2011.  Its supplemental brief shall be limited to 15

5  pages.  Plaintiffs shall have until September 15, 2011 to file a reply that addresses SunTrust's Rule

6  56(d) argument, as well as any supplemental brief it files.  Plaintiffs' reply shall be limited to 20

7  pages.  The hearing presently scheduled on September 15, 2011 is vacated and oral argument on

8  these consolidated motions shall be heard on September 29, 2011 at 1:30 p.m. in Courtroom 3.

9

10  IT IS SO ORDERED.

11

12  Dated:  8/24/11

13  _____
   RICHARD SEEBORG
14  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

No. C 10-01509 RS
ORDER CONSOLIDATING HEARINGS

2