*E-Filed 8/25/11*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Gee, Roxanne Mazarakis, and Jody Soto, individually, on behalf of other similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>SunTrust Mortgage, Inc., and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 3:10-CV-01509-RS<br><br>[proposed] SUPPLEMENTAL CASE MANAGEMENT ORDER |

Having considered the record and the parties' Joint Supplemental Case Management Statement, and Proposed Order, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

Discovery in this matter shall be subject to the following limitations:

**Defendant**

1) Defendant shall be limited to 35 additional depositions.

2) Defendant may serve no more than 25 total Interrogatories on each Opt-In Plaintiff who is deposed.

3) Defendant may serve no more than 40 total Requests for Production of Documents on each Opt-In Plaintiff who is deposed.

4) Defendant may serve no more than 25 total Requests for Admission.

**Plaintiffs**

1) Plaintiffs shall be limited to 35 additional depositions.

2) Plaintiffs may serve no more than 25 total Interrogatories for each Opt-In Plaintiff who is deposed.

3) Plaintiffs may serve no more than 40 additional Requests for Production of Documents for each Opt-In Plaintiff who is deposed.

4) Plaintiffs may serve no more than 25 total Requests for Admission.

These limitations do not limit the evidence, witnesses, or testimony either party may use in motion practice or at trial in this matter, subject to any Order of this Court, the Local Rules of this Court, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.

Except as outlined here, the Court's April 15, 2011 Supplemental Case Management Order shall remain in effect.

IT IS SO ORDERED.

Dated:  8/25/11

Hon. Richard Seeborg
United States District Court