# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY GEE, ROXANNE MAZARAKIS, JODY SOTO,<br><br>Plaintiffs,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>Defendant. | Case No. 10-01509 RS (NC)<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 115 |

Plaintiffs bring this putative class against Defendant Suntrust Mortgage for alleged violations of the Fair Labor Standards Act, the California Labor Code, and California's Unfair Competition Law. Dkt. No. 19. Suntrust moves to compel three named plaintiffs and twenty-five opt-in plaintiffs to appear for depositions in San Francisco or in four cities of its choice. Dkt. No. 115. Plaintiffs oppose the motion. Dkt. No. 121. Based on the papers submitted by the parties, the Court finds that the motion is appropriate for determination without oral argument. *See* Civil L.R. 7-1(b). Accordingly, the hearing scheduled for November 16, 2011 is vacated.

IT IS SO ORDERED.

DATED: November 14, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 10-01509 RS (NC)
ORDER VACATING HEARING