*E-Filed 12/22/11 *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GARY GEE, ET AL.,

                Plaintiffs,

   v.

SUNTRUST MORTGAGE, INC.,

             Defendants.

_____/

No. C 10-01509 RS

**STANDBY ORDER OF DISMISSAL**

     The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **March 2, 2012.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 8, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

     IT IS SO ORDERED.

Dated:   12/22/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California