**\*E-Filed 2/22/12 \***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GARY GEE, ET AL.,   No. C 10-01509 RS

        Plaintiffs, **STANDBY ORDER OF DISMISSAL**

  v.

SUNTRUST MORTGAGE, INC.,

        Defendants.

_____/

The parties are required to file a motion for settlement by **April 5, 2012.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 12, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 2/22/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-01509 RS
STANDBY ORDER OF DISMISSAL